# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JUSTIN McGILTON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #173180

**v.**　　　　　　　　　　**CASE NO. 2:25-CV-00258-BSM**

**JERRY DON RAMEY**　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Justin McGilton's Notice [Doc. No. 5], which states that a recent mailing lacked a blank *in forma pauperis* form, is noted. McGilton must either pay the $405 filing fee or submit a completed application to proceed without prepaying fees or costs within thirty days of this order, or his case will be dismissed. The clerk is directed to send McGilton an application to proceed *in forma pauperis*, including calculation sheet, a blank section 1983 form, and a copy of this order.

IT IS SO ORDERED this 16th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE