## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JUSTIN MCGILTON**                                                          **PLAINTIFF**
ADC #173180

**v.**                                        **CASE NO. 2:25-CV-00258-BSM**

**JERRY DON RAMEY**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE